# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NGEN, INC., et al.,[1] | ) | Case No. 09-11696 (KJC) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Related to Docket No. 304** |

## ORDER CONVERTING CASES FROM CHAPTER 11 TO CHAPTER 7
## OF THE BANKRUPTCY CODE

Upon consideration of the motion of Ngen, Inc., EPBIO, Inc. and Ntronics, Inc. (collectively, the "Debtors") for entry of an order, pursuant to section 1112(a) of the Bankruptcy Code, converting the above-captioned cases from chapter 11 to chapter 7 of the Bankruptcy Code (the "Motion")[2]; and after due deliberation thereon and good and sufficient cause appearing therefore; it is hereby

FOUND AND DETERMINED THAT:

A. Notice of the Motion and the hearing thereon was due and sufficient under the circumstances.

B. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334.

C. This is a core proceeding under 11 U.S.C. § 157(b).

D. The Debtors, prior to the granting of the relief pursuant to this Order, were

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Ngen, Inc. (9621), EPBIO, Inc. (1592) and Ntronics, Inc. (9618). Addresses for the Debtors can be found in the Debtors' petitions, which are presently available at http://www.bmcgroup.com/nanogen.

[2] Capitalized terms used, but not otherwise defined, herein shall have the meanings set forth in the Motion.

{00335389;v4}

debtors and debtors in possession in these cases pending under chapter 11 of the Bankruptcy Code.

E. The Debtors' chapter 11 cases were not originally commenced as involuntary cases.

F. The above-captioned cases were not previously converted to cases under chapter 11 of the Bankruptcy Code.

ORDERED, ADJUGED AND DECREED THAT:

1. The Motion is GRANTED.

2. The Debtors' cases are hereby converted to cases under chapter 7 of the Bankruptcy Code effective two business days after the entry of this Order (the "Conversion Date").

3. All professionals retained in the Debtors' chapter 11 cases under sections 327 or 1103 of the Bankruptcy Code and all persons or entities seeking reimbursement of expenses and/or compensation under sections 503(b)(3) or (4) of the Bankruptcy Code shall file their fee applications or requests for compensation (collectively, "Final Applications") on or before Dec 16, 2009. Objections, if any, to such Final Applications shall be filed with the Court on or before 4:00 p.m. (prevailing Eastern time), Jan 6, 2010, and served upon: (i) counsel to the Debtors, Ashby & Geddes, P.A., 500 Delaware Avenue, 8th Floor, Wilmington, Delaware 19801, Attention: William P. Bowden, Esq. and Ricardo Palacio, Esq.; (ii) counsel to Portside Growth and Opportunity Fund, Capital Ventures International, Enable Opportunity Partners LP, Pierce Diversified Strategy Master Fund LLC, Enable Growth Partners LP, Highbridge International LLC and Castlerigg Master Investments Ltd., Bingham McCutchen LLP, 399 Park Avenue, New York, New York 10022-4689, Attention: Jeffrey S. Sabin, Esq. and

R. Jeffrey Black, and Landis Rath & Cobb LLP, 919 Market Street, Suite 1800, Wilmington, Delaware 19801, <u>Attention</u>: Adam Landis, Esq.; (iii) counsel to Financiere Elitech S.A.S., Jackson Walker LLP, 901 Main Street, Suite 6000, Dallas, Texas 75202, <u>Attention</u>: Robert G. Richardson, Esq. and Richards Layton & Finger, P.A., One Rodney Square, 920 North King Street, Wilmington, Delaware 19801, <u>Attention</u>: Michael J. Merchant, Esq.; and (iv) counsel to the Office of the United States Trustee, 844 King Street, Room 2313, Wilmington, Delaware 19801, <u>Attention</u>: Jane Leamy, Esq.; (v) any Chapter 7 Trustee and counsel thereto serving in such capacity as of the date such Final Fee Application is filed; and (vi) the applicant under such Fee Application. A hearing to consider final approval of such Fee Applications shall be held on _June_ 19, 2009, at 11:00 a.m. (prevailing Eastern Time).

4. Pending the Conversion Date, all contested matters in the Debtors' bankruptcy cases and any adversary proceeding filed in connection with the Debtors' bankruptcy cases are stayed, unless otherwise ordered by further order of this Court.

5. The Debtors shall:

   a. Forthwith turn over to the Chapter 7 Trustee all records and property of the estates under the Debtors' custody and control as required by Bankruptcy Rule 1019(4);

   b. Within 15 days of the date of this Order file a schedule of unpaid debts incurred after commencement of the superseded case including the name and address of each creditor, as required by Bankruptcy Rule 1019(5);

   c. Within 15 days of the date of this Order, file the statements and schedules required by Bankruptcy Rules 1019(1)(A) and 1007(b), if such documents have not already been filed; and

d. Within 30 days from the date of this Order, file and transmit to the United States Trustee a final report and account as required by Bankruptcy Rule 1019(5)(A).

6. The Court shall retain jurisdiction to hear and determine all matters arising from or relating to this Order.

Dated: NW 24, 2009

The Honorable Kevin J. Carey
Chief Judge, United States Bankruptcy Court