# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| Ngen, Inc., | ) | Case No. 09-11696 (KJC) |
| (f/k/a Nanogen, Inc.),[1] | ) | (Jointly Administered) |
| | ) | |
| Debtor. | ) | Re: Docket No. 409 |
| | ) | |
| In re: | ) | Chapter 7 |
| | ) | |
| EPBIO, Inc., | ) | Case No. 09-11697 (KJC) |
| (f/k/a Epoch Biosciences, Inc.), | ) | (Jointly Administered) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| In re: | ) | Chapter 7 |
| | ) | |
| Ntronics, Inc., | ) | Case No. 09-11698 (KJC) |
| (f/k/a Nanotronics, Inc.), | ) | (Jointly Administered) |
| | ) | |
| Debtor. | ) | |

## THIRD INTERIM STATUS REPORT
## OF CHAPTER 7 TRUSTEE

In accordance with the Court's Order Pursuant to 11 U.S.C. § 105(d)(1) Requiring Status Report, Chapter 7 Trustee Jeoffrey L. Burtch (the "Trustee") respectfully submits this Third Interim Status Report to advise the Court on the current status of certain matters related to the administration of the above-captioned jointly administered cases of NGEN, Inc., formerly known as ("f/k/a") Nanogen, Inc.; EPBIO, Inc., f/k/a Epoch Biosciences, Inc.; and Ntronics, Inc., f/k/a Nanotronics, Inc. (each a "Debtor" and, collectively, the "Debtors").

---

[1] The last four digits of each Debtor's federal tax identification numbers are: NGEN, Inc. (9621); EPBIO, Inc. (1592); and Ntronics, Inc. (9618).

1

**A.     Status of Major Asset Sales**

Substantially all of the Debtors' assets were sold pursuant to Orders obtained during the pendency of their Chapter 11 cases.

**B.     Status of Plan Negotiations/Preparations/Confirmation**

Not applicable. The Debtors' cases under Chapter 11 converted to cases under Chapter 7 of the Bankruptcy Code, effective as of November 27, 2009 (Docket No. 324).

**C.     Status of Major Litigation**

All litigation related to this case is closed.

**D.     Status of Chapter 5 Causes of Action**

The Chapter 5 causes of action were included in the Chapter 11 asset sales.

**E.     Status of Open Adversary Proceedings**

Not applicable.

**F.     Remaining Case Administration**

Federal tax reporting for the Debtors' estates is now complete.

Following analysis, the Trustee has determined that substantive consolidation of the Debtors' estates would not be appropriate. Final claim administration is currently in progress and expected to result in the submission of Trustee Final Reports ("TFRs") to the Office of the United States Trustee for the NGEN and EPBIO cases by June 30, 2015. The Trustee anticipates that a Report of Non-Distribution will be filed in the Ntronics case concurrently with the filing of these TFRs.

**G.     Matters Awaiting Court Disposition**

No motions or other items are currently awaiting disposition by the Court.

        Respectfully submitted,

        /s/ Dale R. Dubé
        Dale R. Dubé (Bar I.D. No. 2863)
        COOCH AND TAYLOR, P.A.
        The Brandywine Building, 10th Floor
        1000 West Street
        Wilmington, DE  19801
        PH:   (302) 984-3835
        FAX:  (302) 984-3939
        EMAIL:  ddube@coochtaylor.com

        *Attorney for Chapter 7 Trustee*

DATED:  May 1, 2015